# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TORRES, EDWIN G. | U.S. DIST. CT., S.D. FLA. | 08/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE - FULL-TIME | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

James Lawrence King Federal Building
99 N.E. 4th Street, Rm. 1027
Miami, Florida 33132

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | University of Miami - Adjunct Faculty Teaching | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | University of Miami School of Law - salary as Faculty member, Legal Communications Program |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TORRES, EDWIN G.** | 08/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts (checking/CDs) | B | Interest | K | T | | | | | |
| 2. Gibraltar Bank (CD/checking) | A | Interest | L | T | | | | | |
| 3. American Express Savings | A | Interest | L | T | | | | | |
| 4. INVESTACORP ROTH IRA | | | K | T | | | | | |
| 5. -- JNLMellon Capital Consumer Brd Sct | | None | J | T | Sold (part) | 01/05/15 | J | | |
| 6. --JNL/Mellon Capital Financial Sector | | None | J | T | Buy | 01/05/15 | J | | |
| 7. -- JNL/Mellon Capital Healthcare Sector | | None | | | Sold | 09/30/15 | J | | |
| 8. --JNL/T.Rowe Price Est Growth Fund | | None | J | | Buy | 09/30/15 | J | | |
| 9. --JNL/T.Rowe Price Value Fund | | None | J | | Buy | 09/30/15 | J | | |
| 10. -- JNL/Mellon S&P 500 Index | | None | J | T | | | | | |
| 11. -- JNL/Mellon Capital Tech Sector | | None | J | T | | | | | |
| 12. -- 5Yr Fixed Income Guarantee Acct | A | Interest | J | T | | | | | |
| 13. EGT ROLLOVER IRA | | | M | T | | | | | |
| 14. -- 5Yr Fixed Income Guarantee Acct | A | Interest | L | T | | | | | |
| 15. -- JNL/Mellon Capital S&P 500 Index | | None | J | T | Sold (part) | 01/05/15 | K | | |
| 16. --JNL/Mellon Capital Financial Sector | | None | J | T | Buy | 01/05/15 | J | | |
| 17. -- JNL/Mellon Capital Consumer Brd Sct | | None | J | T | Sold (part) | 12/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --JNL/T.Rowe Price Value Fd | | None | J | T | Buy | 12/14/15 | J | | |
| 19. -- JNL/Mellon Capital Healthcare Sector | | None | | | Sold | 09/30/15 | J | | |
| 20. --JNL/T.Rowe Price Est Growth Fd | | None | J | T | Buy | 09/30/15 | J | | |
| 21. --JNL/Mellon Capital Tech Sector | | None | J | T | | | | | |
| 22. SPOUSE ROLLOVER IRA | C | Int./Div. | N | T | | | | | |
| 23. -- Apple Inc. Common Stock | A | Dividend | K | T | | | | | |
| 24. -- CASH account (closed on transfer to Fidelity Mgmt & acquisitions) | A | Interest | | | Closed | 04/22/15 | L | B | |
| 25. -- Ishares Trust US Real Estate ETF | | None | | | Buy | 01/05/15 | K | | |
| 26. | | | | | Sold | 12/16/15 | K | A | |
| 27. --Powershares ETF Traded I30 Laddered Treasury Portfolio Fd | A | Dividend | | | Buy | 01/05/15 | K | | |
| 28. | | | | | Sold | 05/14/15 | K | | |
| 29. --Powershares ETF Trust II DWA Small Cap Momentum Fd | A | Dividend | | | Buy | 01/05/15 | K | | |
| 30. | | | | | Sold | 12/16/15 | L | A | |
| 31. --Rydex ETF Trust Guggenheim S&P500 Equal Weight Fd | A | Dividend | | | Buy | 01/05/15 | K | | |
| 32. | | | | | Sold | 12/16/15 | K | A | |
| 33. --SPDR Series Trust Barclays 1-3MT ETF | | None | | | Buy | 01/05/15 | K | | |
| 34. | | | | | Sold | 04/22/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Index FDS STK Mkt ETF | A | Dividend | | | Buy | 01/05/15 | L | | |
| 36. | | | | | Sold | 12/16/15 | L | C | |
| 37. -- SPDR Series Trust Barclays Conv. Secs. ETF | | None | | | Sold | 04/22/15 | K | B | |
| 38. -- Ishares Trust S&P 500 Growth ETF | A | Dividend | | | Sold | 04/22/15 | K | | |
| 39. -- Ishares Trust S&P Value ETF | A | Dividend | | | Sold | 04/22/15 | K | | |
| 40. --SPDR S&P 500 ETF Trust | | None | | | Sold | 04/22/15 | K | | |
| 41. --Powershares Global ETF Tr. Sovereign Debt | | None | | | Sold | 04/22/15 | K | | |
| 42. --Powershares QQQ Trust Unit Ser. 1 | A | Dividend | | | Sold | 04/22/15 | K | | |
| 43. --Fidelity Select Biotechnology Fd | | None | | | Buy | 04/22/15 | J | | |
| 44. | | | | | Sold | 12/22/15 | J | | |
| 45. --Fidelity Select Healthcare Fd | | None | | | Buy | 04/28/15 | J | | |
| 46. | | | | | Sold | 12/22/15 | J | | |
| 47. --Blackstone Group Com Unit LTD Stock | | None | | | Buy | 04/29/15 | J | | |
| 48. | | | | | Sold | 12/16/15 | J | | |
| 49. --PJT Partners Common Stock CL A | | None | | | Buy | 04/29/15 | J | | |
| 50. | | | | | Sold | 12/16/15 | J | | |
| 51. --Fidelity Overseas Fd | A | Dividend | | | Buy | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 12/22/15 | J | | |
| 53. --Fidelity China Region Fund | | None | | | Buy | 05/01/15 | J | | |
| 54. | | | | | Sold | 07/23/15 | J | | |
| 55. --Fidelity Total Bond Fund | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 56. --Fidelity Freedom 2025 Fd | | None | | | Buy | 05/18/15 | J | | |
| 57. | | | | | Sold | 12/22/15 | J | | |
| 58. --Fidelity Mid Cap Value Fd | A | Dividend | | | Buy | 05/18/15 | J | | |
| 59. | | | | | Sold | 12/22/15 | J | | |
| 60. --Powershares Global ETF Tr. Agg. PFD | A | Dividend | | | Sold | 12/16/15 | K | A | |
| 61. --SPDR Dow Indus. Avg. ETF Ser. 1 | | None | | | Sold | 12/16/15 | K | | |
| 62. --FS Investment Corp. (Shares in Private Investment Fund) | B | Dividend | | | Sold | 12/16/15 | K | A | |
| 63. -- First Trust Exch. Traded Fund Dorsey Wright ETF | A | Dividend | | | Sold | 12/16/15 | L | D | |
| 64. --Fidelity Capital & Income Bond Fd | | None | J | | Buy | 12/23/15 | J | | |
| 65. --Fidelity Blue Chip Growth Fd | | None | J | T | Buy | 12/23/15 | J | | |
| 66. --Fidelity Investment Grade Bond Fd | | None | K | T | Buy | 12/23/15 | K | | |
| 67. --Fidelity Contrafund | | None | J | T | Buy | 12/23/15 | J | | |
| 68. --Fidelity Conservative Income Bond Fd CL 1 | | None | J | T | Buy | 12/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Fidelity Growth Company Fd | | None | J | T | Buy | 12/23/15 | J | | |
| 70. --Fidelity Stock Selector Small Cap | | None | J | T | Buy | 12/23/15 | J | | |
| 71. --Fidelity Stock Selector AllCap Fd | | None | K | T | Buy | 12/23/15 | K | | |
| 72. --Fidelity Emerging Markets Fd | | None | J | T | Buy | 12/23/15 | J | | |
| 73. --Fidelity Equity Income Fd | | None | J | T | Buy | 12/23/15 | J | | |
| 74. --Fidelity Floating Rate High Income Bank Loan Fd | | None | J | T | Buy | 12/23/15 | J | | |
| 75. --Fidelity Mega Cap Stock Fd | | None | K | T | Buy | 12/23/15 | K | | |
| 76. --Fidelity Advisor High Income CL I Fd | | None | J | T | Buy | 12/23/15 | J | | |
| 77. --Fidelity Low Priced Stock Fd | | None | K | T | Buy | 12/23/15 | K | | |
| 78. --Fidelity Large Cap Value Enhanced Index Fd | | None | K | T | Buy | 12/23/15 | K | | |
| 79. --Fidelity Advisor Stock Selector MidCap CL I Fd | | None | J | T | Buy | 12/23/15 | J | | |
| 80. --Fidelity Short Term Bond Fd | | None | J | T | Buy | 12/23/15 | J | | |
| 81. --Fidelity Advisor Strategic Income CL I Fd | | None | J | T | Buy | 12/23/15 | J | | |
| 82. --Fidelity Strategic Advisers Int'l II Fd | | None | L | T | Buy | 12/23/15 | J | | |
| 83. --Fidelity Value Discovery Fd | | None | J | T | Buy | 12/23/15 | J | | |
| 84. SPOUSE 401K ACCT | | None | L | T | | | | | |
| 85. -- Fidelity Freedom Index 2025W | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EDWIN G. TORRES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544